UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

Case number **13-70135**

In re: **HOMERO ENCARNACION DE LEON AND ROXANNA DE LEON**

Taxpayer number: **X-XXXXX-X262-9**

WITHDRAWAL OF

Priority Proof Of Claim

Name of Creditor: **Texas Comptroller of Public Accounts on behalf of the State of Texas, Texas Municipalities, Texas Counties, Special Purpose Districts and/or Texas Metropolitan or Regional Transportation Authorities.**

Send notices to: Office of the Attorney General
Bankruptcy - Collections Division
P. O. Box 12548
Austin, TX 78711-2548

1. DATE OF **CLAIM**                      : 08/20/2013

2. TOTAL AMOUNT OF **CLAIM**              : $**3,867.86**
   SALES AND USE TAX CH. 151,(321,322,323)

3. DATE DEBT WAS INCURRED: **11/01/2012 to 03/26/2013**

4. **THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN**

Date: **10/29/2013**

/s/ ALBERTA H. KEMP

**Accounts Examiner**          (512) 463-4510
Revenue Accounting Division
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $5,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.8-08/5)